**Order entered June 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00244-CV

### CITY OF DALLAS, Appellant

### V.

### BRIGHT SIAW-AFRIYIE, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02654**

## ORDER

Before the Court is appellant's June 25, 2019 unopposed motion for an extension of time to file its reply brief. We **GRANT** the motion and extend the time to **August 1, 2019**.

/s/     KEN MOLBERG
        JUSTICE